**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:20-cv-1628

HUGO **HERNANDEZ-CEREN**.,

      Plaintiff-Petitioner,

v.

CHAD **WOLF**, in his official capacity as Acting Secretary of Homeland Security,
WILLIAM **BARR**, in his capacity as Attorney General of the United States,
MATTHEW **ALBENCE**, in his official capacity as Acting Director, U.S.
Immigration and Customs Enforcement, and
KENNETH **CUCCINELLI**, in his purported official capacity as Acting Director,
U.S. Citizenship and Immigration Services,

      Defendant-Respondents.

---

## PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL

---

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff-Petitioner hereby gives notice of voluntary dismissal of this action without prejudice. No Defendant or Respondent has served an answer or motion for summary judgment in this action.

Dated:  June 5, 2020           Respectfully submitted,

                            /s/ R. Andrew Free
                            **R. ANDREW FREE, No. 30513**
                            P.O. Box 90568
                            Nashville, TN 37209
                            Tel. 844-321-3221
                            Fax: 615-829-8959
                            Andrew@immigrantcivilrights.com
                            *Counsel for the Plaintiff*