**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:20-cv-1628

HUGO **HERNANDEZ-CEREN**,

    Plaintiff-Petitioner,

v.

CHAD **WOLF**, in his official capacity as Acting Secretary of Homeland Security,
WILLIAM **BARR**, in his capacity as Attorney General of the United States,
MATTHEW **ALBENCE**, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, and
KENNETH **CUCCINELLI**, in his purported official capacity as Acting Director, U.S. Citizenship and Immigration Services,

    Defendant-Respondents.

## CORRECTED PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff-Petitioner hereby gives notice of voluntary dismissal of this action without prejudice. No Defendant or Respondent has served an answer or motion for summary judgment in this action.[1]

Dated:  July 6, 2020                      Respectfully submitted,

                                       /s/ R. Andrew Free
                                       **R. ANDREW FREE, No. 30513**
                                       P.O. Box 90568
                                       Nashville, TN 37209

---

[1] A prior submission to this Court attempting to voluntarily dismiss this action incorrectly provided the date of signature as June 5, 2020. ECF No. 15. This Corrected Notice remedies that error.

Tel. 844-321-3221
Fax: 615-829-8959
Andrew@immigrantcivilrights.com
*Counsel for the Plaintiff*